IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL L. HUBBEL, Regional Director for Region Seventeen of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>v.<br><br>CRETE COLD STORAGE, LLC<br><br>Respondent | Civil No. 09-304 |

## ORDER APPROVING MOTION TO CLOSE CASE

On September 24, 2009, the undersigned issued a temporary injunction pursuant to Section 10(j) of the National Labor Relations Act, 29 U.S.C. Section 160(j). Having considered the Petitioner's Motion to Close Case, and for good cause shown, the Court finds that said motion should be sustained and that the above-captioned case should be and hereby is closed.

Dated this 25th day of January, 2010.

s/ Warren K. Urbom
United States Senior District Judge